[Docket No. 43]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| LINDA FRANULOVIC, *on behalf of herself and all others similarly situated*, | : : : : | Civil Action No. 07-539(RMB) |
| Plaintiff, | : : | |
| v. | : : | **ORDER** |
| THE COCA-COLA COMPANY, | : : | |
| Defendant. | : | |

THIS MATTER having come before the Court upon Defendant'S motion to dismiss Plaintiff's Complaint; and the Court having reviewed the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendant's motion is **GRANTED**.


Dated: October 25, 2007                **s/Renée Marie Bumb**
                                        RENÉE MARIE BUMB
                                        UNITED STATES DISTRICT JUDGE