**McCARTER & ENGLISH, LLP**
By:   GITA F. ROTHSCHILD
      PETER J. BOYER
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
(973) 639-5959 (telephone)
(973) 297-3833 (facsimile)

**ALSTON & BIRD LLP**
By:   JANE THORPE (ADMITTED *PRO HAC VICE*)
      SCOTT ELDER (ADMITTED *PRO HAC VICE*)
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorneys for Defendant, The Coca-Cola Company*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| LINDA FRANULOVIC, individually and on behalf of a class of persons, | ) ) ) | CIVIL NO. 1:07-cv-00539-RMB-JS |
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) | Document Electronically Filed |
| THE COCA-COLA COMPANY, | ) ) | |
| Defendant. | ) | |

### DEFENDANT'S NOTICE OF MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

To:   Mark R. Cuker
      Williams Cuker Berezofsky
      Woodland Falls Corporate Center
      210 Lake Shore Drive East
      Suite 101
      Cherry Hill, New Jersey  08002-1163

      Stephen Gardner
      Director of Litigation
      Center for Science in the Public Interest
      5646 Milton Street
      Suite 211
      Dallas, Texas  75206

**PLEASE TAKE NOTICE** that on April 6, 2009 the undersigned counsel for Defendant The Coca Cola Company ("TCCC") shall move before the United States District Court for the District of New Jersey for an Order granting leave to file a Sur-Reply Brief in Opposition to Plaintiffs' Motion for Class Certification in the form attached hereto.  In support thereof, TCCC shall rely upon the Brief and Proposed Order submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the within application is made upon the papers, and unless opposition papers are filed, nor oral argument is requested.

Dated:  March 10, 2009

/s/ Peter J. Boyer_____
Gita F. Rothschild
Peter J. Boyer
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
(973) 639-5959 – Telephone
(973) 297-3833 – Facsimile
Email: grothschild@mccarter.com

Jane F. Thorpe [*pro hac vice*]
Scott A. Elder [*pro hac vice*]

- 2 -

- 3 -

        ALSTON & BIRD, LLP
        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, GA 30309-3424
        (404) 881-7000 – Telephone
        (404) 881-7777 – Facsimile
        Email: jane.thorpe@alston.com

*Attorneys for Defendant*
*The Coca-Cola Company*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | | |
|---|---|---|
| LINDA FRANULOVIC, individually and on behalf of a class of persons, | ) ) ) | CIVIL NO. 1:07-cv-00539-RMB-JS |
| Plaintiff, | ) ) ) | CLASS ACTION |
| v. | ) ) | |
| THE COCA-COLA COMPANY, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of DEFENDANT'S NOTICE OF MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, Supporting Brief, Proposed Order and this Certificate of Service to be served by the Court's CM/ECF system this 10th day of March 2009, upon Plaintiff's counsel of record:

Mark R. Cuker
Williams Cuker Berezofsky
Woodland Falls Corporate Center
210 Lake Shore Drive East
Suite 101
Cherry Hill, New Jersey  08002-1163

Stephen Gardner
Director of Litigation
Center for Science in the Public Interest
5646 Milton Street
Suite 211
Dallas, Texas  75206


BY: /s/ Peter J. Boyer
     Peter J. Boyer