UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-3068
_____

LINDA FRANULOVIC

v.

THE COCA COLA COMPANY
_____

On Appeal from the United States District Court
for the District of New Jersey
(C.A. No. 07-539)
District Judge: Renee M. Bumb

Submitted Under Third Circuit L.A.R. 34.1(a)
on July 15, 2010

Before: FUENTES, VANASKIE, AND WEIS, <u>Circuit Judges</u>.

_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on July 15, 2010. On consideration whereof, it is now here

ORDERED and ADJUDGED that the Orders of the District Court entered on October 25, 2007, March 10, 2008, April 16, 2009 and June 22, 2009, be and the same are hereby AFFIRMED. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Marcia M. Waldron, Clerk

Dated:       August 10, 2010